UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------------------
                                                              :
UNITED STATES OF AMERICA,                     :
                                                              :   CASE NO. 1:05-CR-549
           Plaintiff-Respondent,                      :
                                                              :
v.                                                          :   OPINION & ORDER
                                                              :   [Resolving Doc. No. 59]
                                                              :
DANIEL MCKINNEY,                                  :
                                                              :
           Defendant-Petitioner.                     :
-------------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On March 14, 2006, Petitioner Daniel McKinney pled guilty to one count of possession with intent to distribute cocaine base and one count of being a felon in possession of a firearm.[1] On April 10, 2006 this Court sentenced Petitioner to 190 months' imprisonment.[2] On September 26, 2014, Petitioner filed a motion to vacate under 28 U.S.C. §2255. On February 23, 2015, this Court denied Petitioner's motion.[3] Petitioner then applied for a certificate of appealability to the Sixth Circuit. The Sixth Circuit denied Petitioner's application for a certificate of appealability.[4]

Petitioner has now filed an Affidavit of Facts seeking relief under the Supreme Court's recent decision in *Johnson v. United States*.[5] The Office of the Federal Public Defender filed a

---

[1] Doc. 22.
[2] Doc. 25.
[3] Doc. 45.
[4] Doc. 54.
[5] Doc. 58; *Johnson v. United States*, 135 S. Ct. 2551 (2015).

1

Case No. 1:05-CR-549
Gwin, J.

motion to appoint counsel and request for leave to supplement the pending § 2255 petition.[6]

However § 2255(h) requires that a second or successive § 2255 motion be certified by a panel of the appropriate court of appeals.[7] This Court does not have jurisdiction over this matter unless Petitioner receives certification from the Sixth Circuit.

For the above reasons, this Court **DENIES** Petitioner's motion.

IT IS SO ORDERED.

Dated: November 23, 2015                             s/ *James S. Gwin*
                                                                              JAMES S. GWIN
                                                                              UNITED STATES DISTRICT JUDGE

---

[6] Doc. 59.
[7] 28 U.S.C.A. § 2255.